**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOUIS TAYLOR, a single man, *Plaintiff-Appellee*, | No. 17-16980 |
| v. | D.C. No. 4:15-cv-00152-RM |
| COUNTY OF PIMA, a body politic; CITY OF TUCSON, a body politic, *Defendants-Appellants*. | ORDER |

Filed August 14, 2019

Before:  Mary M. Schroeder, Eugene E. Siler,[*] and Susan P. Graber, Circuit Judges.

Order

---

[*] The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

## ORDER

Judges Siler and Graber voted to deny the petitions for panel rehearing. Judge Schroeder voted to grant the petitions for panel rehearing. Judge Graber voted to deny the petitions for rehearing en banc, and Judge Siler so recommended. Judge Schroeder recommended granting the petitions for rehearing en banc.

The full court has been advised of the petitions for rehearing en banc. A judge of the court requested a vote on en banc rehearing. The matter failed to receive a majority of votes of non-recused active judges in favor of en banc consideration. Fed. R. App. P. 35(f).

Judge Hurwitz did not participate in the deliberations or vote in this case.

The petitions for panel rehearing and the petitions for rehearing en banc are **DENIED**.